1  **CHARLES WOODSON**, SBN 258791
Law Office of Charles Woodson
2  725 Washington Street
Oakland, California 94607
3  Telephone: (510) 302-8780
Facsimile: (510) 288-0444
4  Email: cwoodson@cjswlaw.com

5
Attorney for Defendant
6  **MARTIN HERNANDEZ-BANEGAS**

7

8                    **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11

12  **UNITED STATES OF AMERICA,**          Case No. CR 19-400-MMC-1

13

14                          Plaintiff,     **[PROPOSED] ORDER RELEASING DEFENDANT MARTIN HERNANDEZ BANEGAS, FED. REG. NO. 25738-111, FORTHWITH FROM THE CUSTODY OF THE UNITED STATES MARSHALS SERVICE**

15       vs.

16

17  **MARTIN HERNANDEZ-BANEGAS,**

18

19                          Defendant.

20

21       On April 28, 2020,
22       ~~On April 29, 2020~~ defendant Martin Hernandez-Banegas, Fed. Reg. No. 25738-111, was
         a total term of Time Served
23  sentenced to ^~~Credit for Time Serviced~~ (244 days), 3 years of supervised release, and $100 special

24  assessment. Dkt. No. 50. The Government dismissed counts 2, 3, and 4 of the Indictment. *Id.* Mr.

25  Hernandez-Banegas completed his sentence on April ~~29, 2020.~~ 28, 2020.

26  //

27  //

28  //

1    For Good cause shown, IT IS HEREBY ORDERED that defendant Martin Hernandez

2    Banegas, Fed. Reg. No. 25738-111 completed his ~~sentence of credit for~~ term of time served on April 28,

3    2020 and that he be released, forthwith, from the custody of the United States Marshals Service.

6    Date: April 29, 2020 _____

     HON. MAXINE M. CHESNEY
7    United States District Judge